**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ANASTASIA SIOKAS,

           Plaintiff,

           -against-

WACOAL AMERICAN, INC.,

           Defendant.
------------------------------------------------------------x

23-CV-3427 (CM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court is in receipt of ECF 34.

    Plaintiff's request for a pre-motion conference is denied without prejudice to refiling. If Plaintiff intends to file a motion to compel Drs. Christopher Kyriakides and Themistocles Protopsaltis to appear for depositions, the following briefing schedule will apply:

- Plaintiff will file a letter brief of up to three pages, single-spaced, on the docket by **Monday, August 19, 2024**.

- Non-parties Kyriakides and Protopsaltis may file opposing letter briefs of up to three pages, single-spaced, by **Friday, August 30, 2024**.

- Defendant may file an opposing letter brief of up to three pages, single-spaced, by **Friday, August 30, 2024**.

- There shall be no replies.

    Plaintiff is further directed to serve copies of this order **forthwith** on non-parties Kyriakides and Protopsaltis, and file proof of service on the docket.

The Clerk of Court is respectfully directed to close ECF 34.

**SO ORDERED.**

Dated: August 15, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge